# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 26, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

157581(60)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

CLIFFORD DURELL McKEE,
        Defendant-Appellant.
_____/

SC: 157581
COA: 336598
Jackson CC: 15-002787-FC

On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his reply brief is GRANTED. The reply brief submitted on May 21, 2021, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 26, 2021



Clerk